Application for Admittance to Practice
[pro hac vice]
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA
96 JUL -3 AM 10: 17
NORBERT H. EBEL
CLERK

I, __Michael J. Berger__, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of __New York__ and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

Dated __June 19, 1996__     Bar Code if Applicable __MB 7255__

Firm __Amster, Rothstein & Ebenstein__
__90 Park Avenue__
__New York, New York 10016__
(address and telephone)

STATE OF New York  )
                   )ss.
COUNTY OF New York )

__Attorney Signature__

I, __Michael J. Berger__, being duly sworn, on oath say: That as an officer of the United States District Court for the District of Nebraska I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

Applicant Signature
Subscribed and sworn to before me this __28th__ day of __June__ __1996__.

Notary Public

WANDA K. REGAN
Notary Public, State of New York
No. 4814449
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires September 30, 19__96__

I do hereby certify that __Michael J. Berger__ as of this date __July 1, 1996__ is a member of the Bar of the Supreme Court of the State of __New York__; is in good standing, and is of good moral character.

(To be signed by the clerk of the highest court in any state in which the applicant is admitted to practice **or** by a member of the Bar of the United States District Court for the District of Nebraska).

Clerk of the Supreme Court of
the state of _____

(please sign name)

_____
(please print name)

OR,

Member of Bar, U. S. District Court
for the District of Nebraska

(please sign name)

Andrew D. Strotman
(please print name)

NE Bar Code # __18406__.

IT IS ORDERED that __Michael J. Berger__ is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska ONLY FOR THE CASE OF: __WYCOFF VS MATSUSHITA ELECTRIC  4:96-CV-3061__
ON BEHALF OF PARTY: __MATSUSHITA ELECTRIC__

Clerk/Chief Deputy Clerk     Dated __7-3-96__

09/15/94 - $25.00 FEE